**CERTIFICATE OF TRUST AND JUDICIAL NOTICE**     2:26-mc-00086-RMG-MGB
**Filed in Equity – For Federal Miscellaneous Record**

I, **Samuel Tucker Collins Jr.**, a living man, sui juris, hereby certify the following facts into the public federal record:

## I. CERTIFICATE OF TRUST

1. **Trust Name:**
   **DOE NETWORK RVOC LIVING TRUST**

2. **Date of Establishment:**
   July 1, 2005

3. **Governing Law:**
   Private trust formed and administered under common law and principles of equity.

4. **Settlor/Grantor:**
   Samuel Tucker Collins Jr., living man

5. **Current Trustee:**
   Samuel Tucker Collins Jr., living man, sui juris

6. **Trust Purpose:**
   To hold, manage, and protect rightful property, assets, and rights for the benefit of the trust and its named beneficiaries.

7. **Mail Location of Trustee:**
   2398 Hotel Street Alcolu, South Carolina [29001] (non-postal location)

8. **Certification:**
   This Trust has not been revoked, modified, or amended in any way that would make the representations herein incorrect. The Trust is active and equitably administered.

## II. JUDICIAL NOTICE PURSUANT TO FRE 201

9. **Authority Invoked:**
   Federal Rule of Evidence [201(c)(2)] – Request for Judicial Notice of facts that:

   - Are not subject to reasonable dispute,

   - Are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

10. **Facts Noticed:**

- The above-referenced trust exists and is active;

- Samuel Tucker Collins Jr., is its current and acting Steward Trustee;

- This filing has been entered into the federal court's record under a duly assigned **Miscellaneous Docket Number** _____ ;

- This record serves as judicial notice to all state and federal public officials, courts, agencies, creditors, and interested parties.

11. **Request for Judicial Conscience:**
This Notice is not merely administrative—it seeks the equitable conscience of the Court to recognize the living Steward Trustee, the trust's equitable rights, and its separation from any statutory legal fiction.

FURTHER AFFIANT SAYETH NAUGHT.

Respectfully Submitted,

By: _Samuel Tucker Collins Jr_

Samuel Tucker Collins Jr.
Sole Acting Steward Trustee
STCJ Network Revocable Living Trust

Date: _February 12, 2026_

2348 Hotel Street
Alcolu, South Carolina 29001

State of **South Carolina**
County of **Clarendon**

Subscribed and sworn before me on this _12_ day of **February**, 2026, by Samuel Tucker Collins Jr., known to me or satisfactorily proven to be the person executing this certificate and notice.

_Tela D. Hilliard_
Notary Public

_Tela G. Hilliard_
Print

[Notary Seal: TELA G. HILLIARD, MY COMMISSION EXPIRES SEPTEMBER 5, 2034, NOTARY PUBLIC, SOUTH CAROLINA]